■ In the Matter of the Estate of KEVIN W. STANLEY, Deceased. DIANE R. STANLEY, As Executrix of KEVIN W. STANLEY, Deceased, Appellant; LAWRENCE J. MATTAR, ESQ., as Guardian ad Litem for ASHLEY STANLEY, a Minor, et al., Respondents. In the Matter of the Estate of KATHLEEN A. STANLEY, Deceased. RICHARD T. STANLEY, as Administrator of the Estate of KATHLEEN A. STANLEY, Deceased, Appellant; LAWRENCE J. MATTAR, ESQ., as Guardian ad Litem for ASHLEY STANLEY, a Minor, et al., Respondents. (Appeal No. 2.) [913 NYS2d 592]—Appeals from an order of the Surrogate's Court, Erie County (Barbara Howe, S.), entered July 1, 2009. The order, among other things, denied petitioners' request that the court limit its review with respect to proposed settlement agreements.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Stanley* (79 AD3d 1620

[2010]). Present—Centra, J.P., Fahey, Peradotto, Lindley and Green, JJ.